UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-CV-00524-FDW-DSC

| | |
|---|---|
| TRAVIS LEGETTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| KENNETH D. FAULKNER, ) | |
| C.J. PIERCE, AND ) | |
| THE CITY OF CHARLOTTE ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court upon Plaintiff's Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), (Doc. No. 7), and Defendants' Notice of Plaintiff's Stipulation of Voluntary Dismissal. (Doc. No. 8). As Defendants have consented, Plaintiff's Stipulation for Voluntary Dismissal is GRANTED. Plaintiff's claims are hereby DISMISSED WITHOUT PREJUDICE. The Clerk of Court is respectfully directed to CLOSE THE CASE.

IT IS SO ORDERED.

Signed: March 14, 2014

Frank D. Whitney
Chief United States District Judge